# UNITED STATES DISTRICT COURT
## CRIMINAL MINUTES – IA/ARRAIGNMENT

**Case #: 1:22-cr-32-AW-ML**  **Time Commenced: 3:23 p.m.**
**Date:  12-07-2022**  **Time Concluded: 3:34 p.m.**

**DOCKET ENTRY: INITIAL APPEARANCE**

**PRESENT: HONORABLE  MIDORY LOWRY, UNITED STATES DISTRICT JUDGE**

| **TiAnn Stark** | **Phil Minafield** | **DCR 20221207-151200** | **David Byron** | |
|---|---|---|---|---|
| Deputy Clerk | USPO | Tape No./Court Reporter | Asst. U.S. Attorney | Interpreter |

**U.S.A.  v.  (Defendants listed below)**       **Attorneys for Defendant:**
**(1)  JOSEPH HARDING**                          **(1)  PEG O'CONNER**
  X  present   X  custody   __ bond  __O/R         X  present  __appointed   X  retained

- [X] Defendant advised that he/she is before a U.S. Magistrate Judge
- [X] Defendant advised of charges, penalties and fines
- [X] Defendant advised of right to remain silent and consult with an attorney before making any statement
- [X] Defendant advised of his right to hire counsel, or have counsel appointed
- [ ] Defendant executed a CJA Form 23 and swears that it is accurate
- [ ] Order appointing Federal Public Defender
- [ ] CJA attorney appointed
- [X] Defendant financially able to employ counsel
- [X] Defendant advised of due process
- [ ] Defendant advised of his right to a PRELIMINARY HEARING and IDENTITY HEARING
- [ ] Defendant waives Preliminary Hearing
- [ ] Defendant waives right to Identity Hearing
- [ ] Defendant consents to appear before magistrate via video
- [ ] Government moves for detention
- [ ] Detention hearing previously held
- [X] Bond set (see order setting conditions of release)
- [ ] Defendant detained
- [X] Defendant released

**Initials of Deputy Clerk:  tss**