Start: 3:44 p.m
Stop: 3:48 p.m.

## UNITED STATES DISTRICT COURT
### CRIMINAL MINUTES

Case No: 1:22-cr-32-AW-ML                                       Date: 12-7-2022

DOCKET ENTRY:
                    Detention Hearing

PRESENT:    Honorable Midori Lowry, Magistrate Judge

| TiAnn Stark | DCR 20221207-151200 | David Byron |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |
| Phil Minafield | | |
| Probation Officer | Interpreter | |

U.S.A vs. (DEFENDANT LISTED BELOW)                ATTORNEYS FOR DEFENDANT

 JOSEPH HARDING                                    PEG O'CONNOR
X  present __custody _X_ bond _X_ O/R             X present __ appt  _X_ retained

__ present ___custody ___bond ___O/R              ___present ___appt ___retained

PROCEEDINGS:

**3:44 p.m.**   **Court called to order**

            Government does not request detention

            Defendant released

            Trial set for January 11, 2023 at 8:30 a.m.

**3:48 p.m.**   **Court adjourned**