# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 1:22-cr-32-AW-MAL

**JOSEPH HARDING,**

    **Defendant.**

_____/

## ORDER CONTINUING SENTENCING

The sentencing in this case is currently set for next week. Unfortunately, the United States Courthouse will not be open next week because of water intrusion and power and mechanical issues. The timeline for its reopening is uncertain.

The clerk will reset the sentencing for the October docket. If either party seeks an earlier sentencing, that party may move for the sentencing to be set in Tallahassee.

SO ORDERED on September 6, 2023.

                                              s/ *Allen Winsor*
                                              United States District Judge