Start: 3:27 p.m.  4:20 p.m.
Stop: 4:10 p.m.  4:34 p.m.

## UNITED STATES DISTRICT COURT
### CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Case No:   1:22-cr-32-AW                                          Date: 10-19-2023

PROCEEDINGS:        Sentencing

PRESENT:    Honorable ALLEN WINSOR, District Judge

| __TiAnn Stark__ | Lexitas Legal Court Reporting | David Byron  __Justin Keen__ |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |
| __Stephen Billig__ | | |
| Probation Officer | Interpreter | |

U.S.A   vs.  (DEFENDANT LISTED BELOW)      ATTORNEYS FOR DEFENDANT

|  | RON KOWALSKI, |
|---|---|
| __JOSEPH HARDING__ | __JOHN LAURO, FILZAH PAVALON__ |
| _X_ present  __ custody  _X_ bond  _X_ O/R | _X_ present  __ appt  _X_ retained |

DEFENDANT PREVIOUSLY ADJUDICATED GUILTY OF COUNT(S) _1, 3, 5_

SENTENCE IMPOSED:
 _X_   Defendant remanded to the custody of the Bureau of Prisons
        on count(s)    _1, 3, 5_  imprisonment for a term of _4 months as to each count, concurrent_
                           _____imprisonment for a term of_____

 _X_   FINE PAYMENT:     _X_ Fine waived;  ___ Fine of  $_____
                          _X_  SMA of $_300_  due immediately

____   RESTITUTION: Defendant is liable for restitution of:
        $____ made payable to _____ Interest Waived

 _X_   S/R or PROBATION: Defendant is under _X_ Supervised Release upon completion of
        term of imprisonment or ___ Probation for a period of _2 years as to each count, concurrent_. With the following special modifications:
        _____  Defendant to be deported upon release from BOP
        _____  Defendant to report to the USPO in the district where released within 72 hours of release from BOP
        _____  Defendant shall not own or possess a firearm or other dangerous weapon
        _____  Defendant shall submit to:____ testing for the use of drugs or alcohol;____Alcohol/Drug treatment;
                 ____ Mental Health counseling if deemed necessary by the Probation Officer CBT
        _____  Defendant shall provide requested financial information to the Probation Officer
        _____  Defendant shall make payment on the restitution in monthly installments of $600
        _____  Upon release, Defendant shall maintain employment or enroll as a full-time student
         _X_    Additional Terms:   as in  PSR - no drug testing, no financial condition

SENTENCING MINUTES CONTINUED

__X__   Defendant has read the pre-sentence investigation report (PSR) and has discussed it with his/her attorney

__X__   Objections to the PSR were made 1) overruled 2) sustained 3) sustained

__X__   CUSTODY STATUS
      _____   Defendant committed to the custody of the US Marshal
      __X__   Defendant to surrender to US Marshal at _Gainesville, Florida_ or designated institution no later than 12 noon, on _1/29/24_
      __X__   Defendant remains on bond with __X__ same terms and conditions or _____ with modified terms as follows:
      __X__   Defendant is released after meeting with Probation Officer

__X__   Remaining count(s) _2, 4, 6_ is/are dismissed on government motion

__X__   Defendant advised of right to appeal

_____   Court recommends defendant